**LINK: 28**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 12-7204 GAF (CWx) | Date | November 2, 2012 |
|---|---|---|---|
| Title | Brian Friedman et al v. Mercedes Benz USA LLC et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**       **(In Chambers)**

### ORDER RE: ORDER TO SHOW CAUSE

On October 20, 2012, this Court ordered both parties to show cause as to why the case should or should not be remanded under the local controversy exception to the Class Action Fairness Act ("CAFA").  (Docket No. 28, [10/20/12 Order].)  Plaintiffs and Defendants timely responded.  (Docket No. 30, [Plaintiffs' OSC Response]; Docket No. 31, [Defendants' OSC Response].)  Having reviewed the responses, the Court is satisfied that CAFA's local controversy exception does not apply because Plaintiffs do not assert any class claims against an in-state defendant.  (See Plaintiffs' OSC Response at 1; Defendants' OSC Response at 1; See also 28 U.S.C. 1332(d)(4).)  The Court's October 20, 2012 Order to Show Cause is accordingly **VACATED**.

**IT IS SO ORDERED.**