| | |
|---|---|
| 1 | Troy M. Yoshino, No. 197850 |
| 2 | Matthew J. Kemner, No. 188126 |
|   | Richard J. Zuromski, Jr., No. 227569 |
| 3 | **CARROLL, BURDICK & McDONOUGH LLP** |
|   | Attorneys at Law |
| 4 | 44 Montgomery Street, Suite 400 |
|   | San Francisco, CA  94104 |
| 5 | Telephone:    415.989.5900 |
|   | Facsimile:    415.989.0932 |
| 6 | Email:         tyoshino@cbmlaw.com |
|   |                     mkemner@cbmlaw.com |
| 7 |                     rzuromski@cbmlaw.com |
| 8 | Attorneys for Defendants |
|   | Mercedes-Benz USA, LLC, a Delaware Limited |
| 9 | Liability Company |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BRIAN FRIEDMAN and DANIEL BROWN, | No. CV 12-7204-GAF (CWx) |
|---|---|
| Plaintiffs, | **JUDGMENT IN FAVOR OF MERCEDES-BENZ USA, LLC** |
| v. | Action Filed:    July 13, 2012 |
|  | Discovery Cut-Off: None |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; KEYES EUROPEAN LLC, a California Limited Liability Company; MERCEDES-BENZ FINANCIAL SERVICES USA, LLC, a Delaware Limited Liability Company; and Does 1 through 10, inclusive, | Hon. Gary Allan Feess |
| Defendants. | |

CBM-MERCEDES\SF579240

**JUDGMENT IN FAVOR OF MBUSA—CASE NO. CV 12-7204-GAF-CW**

**JUDGMENT**

Pursuant to the Court's January 31, 2013 Order (Dkt. 53) dismissing plaintiff Daniel Brown's claims against MBUSA without leave to amend, and the Court's June 12, 2013 Order (Dkt. 75) dismissing plaintiff Brian Friedman's against MSUSA claims with prejudice, IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment is entered in favor of MBUSA.[1]

MBUSA shall recover its costs against Plaintiffs in a sum to be determined upon the submission of a memorandum of costs.

IT IS SO ORDERED.

DATED: July 11, 2013

_____
Honorable Gary A. Feess
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 54(b), the Court finds that there is no reason to delay entry of judgment in favor of MBUSA.

CBM-MERCEDES\SF579240

**JUDGMENT IN FAVOR OF MBUSA—CASE NO. CV 12-7204-GAF-CW**