```
 1  ROSNER, BARRY & BABBITT, LLP
    Christopher P. Barry, SBN: 179308
 2  Lacee B. Smith, SBN: 284168
    Email:       hawk@rbblawgroup.com
 3               lacee@rbblawgroup.com
    10085 Carroll Canyon Road, Suite 100
 4  San Diego, California 92131
    TEL: (858) 348-1005 / FAX: (858) 348-1150
 5
    Attorneys for Plaintiffs
 6
 7
 8                 UNITED STATES DISTRICT COURT
 9                CENTRAL DISTRICT OF CALIFORNIA
10                       WESTERN DIVISION
```

| | |
|---|---|
| BRIAN FRIEDMAN and DANIEL BROWN, individuals, | CASE NO. CV 12-7204-GAF-CW |
| Plaintiffs, | **CLASS ACTION** |
| v. | **Request for Dismissal of Defendant Keyes European LLC** |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; KEYES EUROPEAN LLC, a California Limited Liability Company; MERCEDES-BENZ FINANCIAL SERVICES USA, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive, | Judge:     Hon. Gary Allan Fees<br>Courtroom: 740<br><br>Complaint Filed: July 13, 2012 |
| Defendants. | |

**PLEASE TAKE NOTICE** Plaintiffs Brian Friedman and Daniel Brown, request that, pursuant to an executed settlement agreement, Defendant Keyes European, LLC, be dismissed with prejudice from the above-entitled action.

/ / /

/ / /

/ / /

/ / /

1

1 | Dated: October 1, 2013

Respectfully submitted,

ROSNER BARRY & BABBITT LLP

By: /s/ Christopher P. Barry
  Christopher P. Barry
  Attorneys for Plaintiffs
  Brian Friedman and Daniel Brown